DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/22

RECEIVED
JUN 17 2019
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                       :
UNITED STATES OF AMERICA        :    SEALED ORDER
                                       :
- v. -                                 :    S1 18 Cr. 895 (LAK)
                                       :
PATRICIA PATTERSON,
                                       :
                      Defendant.   :
                                       :
- - - - - - - - - - - - - - - - -x

        WHEREAS, with the consent of the defendant, PATRICIA PATTERSON, her guilty plea allocution was taken before a United States Magistrate Judge on May 6, 2019; and

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           6/13/22

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK